

Signed and Filed: July 19, 2006

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                                ) Bankruptcy Case
                                     ) No. 05-32933-DM
JOHN A. RYAN and DANIELLE T. RYAN,   )
                                     )
                         Debtors.    ) Chapter 11
_____)
NICKLOS CIOLINO; CHARLES CIOLINO;    ) Adversary Proceeding
DANIEL DELORENZI; ROBERT AGUILAR;    ) No. 05-3486
and STEPHEN DANIELE,                 )
                                     )
                        Plaintiffs,  )
                                     )
v.                                   )
                                     )
JOHN RYAN,                           )
                                     )
                        Defendant.   )
_____)
```

ORDER GRANTING PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT ON COMPLAINT FOR NON-DISCHARGEABILITY

The motion of plaintiffs Nicklos Ciolino, Charles Ciolino, Daniel Delorenzi, Robert Aguilar and Stephen Daniele for summary judgment on their complaint for non-dischargeability came on regularly for hearing on April 28, 2006, at 10:00 a.m., and continued hearing on June 16, 2006, at 11:00 a.m., before the Honorable Dennis Montali.

Appearing for Plaintiffs were Michael D. Liberty and Jeffrey T. Rizzo. Appearing for Defendant and Debtor-In-Possession John Ryan was T. Michael Turner.

After considering the papers on file and the arguments of counsel, for the reasons stated on the record, the court rules as follows:

1. Plaintiffs' motion for summary judgment is GRANTED.

2. Plaintiffs are entitled to judgment declaring that their judgments against defendant John A. Ryan in the Superior Court of California, County of San Mateo, Case Nos. 422430 through 422435, filed on March 17, 2004, are non-dischargeable through bankruptcy as to defendant John A. Ryan.

**END OF ORDER**

```
 1                      COURT SERVICE LIST

 2  T. Michael Turner, Esq.
    236 W. Portal Ave., #53
 3  San Francisco, CA 94127-1423

 4  James F. Beiden, Esq.
    Law Offices of James F. Beiden
 5  840 Hinckley Rd., #245
    Burlingame, CA 94010
 6
    Michael D. Liberty, Esq.
 7  Law Office of Michael D. Liberty
    1290 Howard Ave., Ste. 303
 8  Burlingame, CA 94010

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

Case: 05-03486   Doc# 24   Filed: 07/19/06   Entered: 07/19/06 14:53:26   Page 3 of 3