UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

BAP NO. NC-06-1268
BK. NO. 05-32933 DM
ADV. NO. ~~05-34615 dm~~ 05-3486

In re: JOHN A. RYAN; In re: DANIELLE T. RYAN

    Debtor

---

JOHN A. RYAN

    Appellant

v.

NICKLOS CIOLINO; CHARLES CIOLINO; DANIEL DELORENZI; ROBERT AGUILAR; STEPHEN DANIELE

    Appellee

FILED

OCT 11 2006

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

ORDER OF DISMISSAL

The attached Order warning of possible dismissal was served on the parties. The parties have failed to file a written response showing legal cause why this appeal should not be dismissed.

Therefore, it is hereby ORDERED that the appeal is DISMISSED for failure to prosecute.

This order is subject to reconsideration by the Panel if a written request for judicial review is received within TEN (10) days of the entry of the order. 9th Cir. BAP Rule 8070-1.

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Harold S. Marenus, Clerk
by Deputy Clerk  10-30-06

A certified copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

FOR THE PANEL,

Harold S. Marenus,
BAP Clerk:

By: Edwina Clay
    Deputy Clerk

CERTIFICATE OF MAILING

The undersigned deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit hereby certifies that a copy of the document to which this certificate is attached was mailed this date to all parties in interest as designated by the Appellant in the Notice of Appeal, to the United States Trustee and the Clerk of the Bankruptcy Court.

By: Edwina Clay
Deputy Clerk/Date: October 11, 2006

UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

BAP NO. NC-06-1268
BK. NO. 05-32933 DM
ADV. NO. 0~~5-3468 DM~~ 05-3486

In re: JOHN A. RYAN; In re: DANIELLE T. RYAN

    Debtor

------------------------------

JOHN A. RYAN

    Appellant

v.

NICKLOS CIOLINO; CHARLES CIOLINO; DANIEL DELORENZI; ROBERT AGUILAR; STEPHEN DANIELE

    Appellee

**FILED**

SEP 19 2006

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## CONDITIONAL ORDER OF DISMISSAL

    The parties were notified that the briefing schedule was set in this appeal. The Appellant's opening brief and excerpts of the record have not been received. They were due on _____9/12/06_____.

    Therefore, it appears that the Appellant is not diligently prosecuting this appeal. Sanctions, including dismissal, are appropriate. 9th Cir. BAP Rule 8009(a)-1(b)(3).

    It is ORDERED that this appeal will be DISMISSED FOURTEEN (14) days from the file stamped date of this order unless, prior thereto, the Appellant files a brief and excerpts of the record or shows legal cause why this appeal should not be dismissed. Any response to this order is to be filed with the Panel Clerk and served upon opposing counsel.

    If the Appellant has decided to dismiss this appeal, a motion or stipulation to dismiss should be filed. See FRBP 8001(c).

Harold S. Marenus, BAP Clerk

By: Edwina Clay, Deputy Clerk

Filed and entered September 19, 2006

